# VERIFIED RETURN OF SERVICE

Job # MIA13137

### Client Info:

Institute for Justice
Rebekah Ramirez
2 S. Biscayne Boulevard
Suite 3180
Miami, FL  33131

### Case Info:

**PLAINTIFF:**
JAMES FICKEN, ET AL
 -versus-
**DEFENDANT:**
CITY OF DUNEDIN, ET AL

UNITED STATES DISTRICT COURT
Court Division: MIDDLE DISTRICT OF FLORIDA

Court Case # **8:23-cv-02602-VMC-JSS**

### Service Info:

**Received by Christopher Davignon: on November, 16th 2023** at **10:04 PM**
**Service:** I Served **CITY OF DUNEDIN, FLORIDA C/O MAYOR JULIE WARD BUJALSKI, CITY HALL OF DUNEDIN**
With: **SUMMONS; COMPLAINT; NOTICE OF ELECTRONIC FILING; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE; NOTICE OF CONSTITUTIONAL QUESTION; CERTIFICATE OF SERVICE; PLANTIFF'S DISCLOSURE STATEMENT; CIVIL COVER SHEET**
by leaving with **Jeff Gow, City Commissioner**

**At Place of Employment 737 LOUDEN AVE DUNEDIN, FL 34698**
Latitude: **28.012085**,   Longitude: **-82.784942**

On **11/21/2023** at **10:01 AM**
**Manner of Service: GOVERNMENT AGENCY**
PUBLIC AGENCY SERVICE: F.S. 48.111 (1)(a)(b)(c) (2) (3)

### Served Description:  (Approx)

Age: **60**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 10"**, Weight: **200**, Hair: **Gray** Glasses:  **Yes**

I **Christopher Davignon** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.



**Christopher Davignon**
Lic # **APS 59070**

**Accurate Serve of Plantation**
151 N. Nob Hill Road, Suite 254
Plantation, FL 33324

Client # Civil Process on two Dunedin officials
Ref # 65658




1 of 1